UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHY GREEN,

        Plaintiff,        Case No.: 8:06-cv-00581-SCB-MSS

v.

STEPHANIE C. BALDWIN, D.P.M., P.A.
d/b/a NORTH TAMPA FOOT CARE,

        Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on before me on the parties' Joint Stipulation for Dismissal, and the Court having reviewed the record and determined that no hearing is necessary on this matter, it is

ORDERED AND ADJUDGED that the parties' Joint Stipulation for Dismissal is hereby GRANTED, and the above Case No.: 8:06-cv-00581-SCB-MSS is DISMISSED with prejudice, each party to pay their own attorneys' fees and costs.

DONE AND ORDERED in Chambers at Tampa, Florida, this 5 day of July, 2006.

                                            United States District Judge

Copies furnished to Counsel of Record:

Richard Celler, Esq.
Tony B. Griffin, Esq.
Guilène F. Theodore, Esq.

TPA:445860:1

2